■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOSES BROWN, Appellant. [44 NYS3d 919]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Donnelly, J.), imposed September 11, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Marshall*, 143 AD3d 842 [2016]; *People v Redd*, 142 AD3d 1186 [2016]). Eng, P.J., Dillon, Sgroi, Miller and Brathwaite Nelson, JJ., concur.